HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD, A Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALDERWOOD SURGICAL CENTER, LLC, a Washington limited liability company; JAVAD A. SAJAN, M.D., a Washington individual; and STATE OF WASHINGTON,<br><br>Defendants. | CASE NO. 2:23-cv-01759-RAJ<br><br>**STIPULATED NOTICE OF DISMISSAL** |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Sentinel Insurance Company, LTD ("Sentinel") and Defendants Alderwood Surgical Center, LLC ("Alderwood"), Javad A. Sajan, M.D. ("Dr. Sajan"), and the State of Washington (the "State") hereby stipulate to this Notice of Dismissal, dismissing all claims against all Defendants, with no fees or costs owing to any Party with respect to this lawsuit. There are no cross-claims and no pending motions.

///

///

///

STIPULATED NOTICE OF DISMISSAL - 1

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
Telephone: (503) 242-2922

Accordingly, this matter can be closed on the Court's registry.

**IT IS SO STIPULATED:**

| DATED this 5th Day of September, 2024. | **GORDON & POLSCER, L.L.C.** <br><br> By: s/ *Brian C. Hickman* <br> Brian C. Hickman, WSBA No. 50089 <br> 9020 SW Washington Square Rd., Suite 560 <br> Tigard, OR 97223 <br><br> Telephone: (503) 242-2922 <br><br> Email: bhickman@gordon-polscer.com <br><br> *Counsel for Plaintiff* <br> *SENTINEL INSURANCE COMPANY, LTD.* |
|---|---|
| DATED this 5th Day of September, 2024. | **GORDON & POLSCER, L.L.C.** <br><br> By: *s/ Austin Smith* <br> Austin Smith, WSBA No. 59487 <br> 1700 Seventh Ave., Suite 2100 <br> Seattle, WA 98101 <br><br> Telephone: (206) 223-4226 <br><br> Email: asmith@gordon-polscer.com <br><br> *Counsel for Plaintiff* <br> *SENTINEL INSURANCE COMPANY, LTD.* |

///

///

///

| | |
|---|---|
| DATED this 5th Day of September, 2024. | **MILLER NASH LLP**<br><br>By: *s/ Tristan Swanson*<br>Tristan Swanson, WSBA No. 41934<br><br>By: *s/ Carolyn A. Mount*<br>Carolyn A. Mount, WSBA No. 55527<br><br>605 5th Avenue S, Suite 900<br>Seattle, WA 98104<br><br>Telephone: (206) 624-8300<br><br>Email: tristan.swanson@millernash.com<br>Email: carolyn.mount@millernash.com<br><br>*Counsel for Defendants*<br>ALDERWOOD SURGICAL CENTER, LLC AND JAVAD A. SAJAN, M.D. |
| DATED this 5th Day of September, 2024. | **ROBERT W. FERGUSON**<br>Attorney General<br><br>By: *s/ Laura K. Clinton*<br>Laura K. Clinton, WSBA #29846<br>Senior Assistant Attorney General<br><br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br><br>Telephone: (206) 464-7744<br><br>Email: laura.clinton@atg.wa.gov<br><br>*Counsel for Defendant*<br>STATE OF WASHINGTON |

STIPULATED NOTICE OF DISMISSAL - 3

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
Telephone: (503) 242-2922